IN THE UNITED STATES DISTRICT COURT
                       WESTERN DISTRICT OF ARKANSAS
                          HOT SPRINGS DIVISION

HENRY TONJE SMITH                                              PETITIONER

        v.                    Civil No. 09-6032

UNITED STATES OF AMERICA                                       RESPONDENT

                                **ORDER**

   Now on this 8th day of March 2010, there comes on for consideration the report and recommendation filed herein on January 28, 2010, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 7). The parties have not filed any objections to the report and recommendation.[1]

   The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the 28 U.S.C. § 2241 motion is DENIED and DISMISSED WITHOUT PREJUDICE. Petitioner is advised he may file his petition in the Western District of Louisiana where he is incarcerated, however, he must exhaust his administrative remedies prior to such filing.

---

[1] Petitioner's copy of the report and recommendation was returned as undeliverable and marked "No Longer at This Address". Petitioner has not communicated with the Court and has not provided a forwarding address.

AO72A
(Rev. 8/82)

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge